IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELA RICKELL and GENE RICKELL, | : | Civil No. 1:18-CV-1279 |
| Plaintiffs, | : | |
| v. | : | |
| USAA CASUALTY INSURANCE COMPANY | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss Count III of the complaint (Doc. 11,) is **GRANTED**. **IT IS FURTHER ORDERED** that Count III of Plaintiffs' complaint, (Doc 1,) is dismissed without prejudice.

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 6, 2018